IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

    Plaintiff,                         CIV. NO. S- 05-1823 FCDGGH PS

    vs.

UNITED STATES OF AMERICA,

    Defendant.                        ORDER
_____/

        Defendant's motion to dismiss presently is calendared for hearing on November 10, 2005. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. November 10, 2005 hearing on the motion to dismiss, filed September 22, 2005, is vacated; and

        2. The motion is submitted on the record.

DATED: 11/07/05

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076:Fallon1823.vac.wpd