IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY FALLON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 2:05-CV-1823-RRB-GGH-PS<br><br>**ORDER** |

      On February 2, 2006, Magistrate Judge Gregory G. Hollows filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the same were to be filed within ten days. No objections to the findings and recommendations have been filed.

      Consequently, the Court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The Magistrate Judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983), overruled by United States v. Willis, 431 F.3d 709 (9th Cir. 2005).

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 1
2:05-CV-1823-RRB-GGH-PS

|     |     |
| --- | --- |
| 1   | The Court has reviewed the applicable legal standards and, good cause appearing, concludes that is appropriate to adopt the proposed Findings and Recommendations (Docket No. 9) in full. |

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that is appropriate to adopt the proposed Findings and Recommendations (Docket No. 9) in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations (Docket No. 9), filed on February 2, 2006, are adopted in full; and

2. This action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

ENTERED this 6th day of June, 2006.

//s//
_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 2
2:05-CV-1823-RRB-GGH-PS